District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZAN ABDELLA AHMED,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA MUNITA, Director USCIS Seattle Field Office; LAURA ZUCHOWSKI, Director USCIS Vermont Service Center; TRACY RENAUD, Acting Director U.S. Citizenship and Immigration Services; DAVID PEKOSKE[1], Acting Secretary U.S. Department of Homeland Security; CHRISTOPHER WRAY, Director Federal Bureau of Investigation;<br><br>Defendants. | CASE NO. 2:21-cv-0442-BJR<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-360 and I-485 applications. Dkt. No. 1. Defendants have yet to answer the Complaint.

USCIS has issued a Request for Evidence ("RFE"). Plaintiff has until August 2, 2021 to respond to the RFE. To give Plaintiff sufficient response time, and USCIS sufficient time to

---

[1] Alejandro Mayorkas became the Secretary of the Department of Homeland Security on February 2, 2021, and should be automatically substituted for Defendant David Pekoske under Federal Rule of Civil Procedure 25(d).

JOINT STIPULATION
CASE NO. 2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

review Plaintiff's response, the parties, through their counsel, jointly request that the Court hold this matter in abeyance through August 31, 2021.  The parties agree that this is an acceptable timeframe and recognize the possibility that this process may moot Plaintiff's claims.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report on or before August 31, 2021.

DATED this 13th day of April, 2021.

>Respectfully submitted,
>TESSA M. GORMAN
>Acting United States Attorney
>
>*s/ Michelle R. Lambert*
>MICHELLE R. LAMBERT, NYS #4666657
>Assistant United States Attorney
>United States Attorney's Office
>1201 Pacific Avenue, Suite 700
>Tacoma, WA 98402
>Phone:  253-428-3824
>Fax:  253-428-3826
>Email:  michelle.lambert@usdoj.gov
>*Counsel for Defendants*
>
>*s/ Dree K. Collopy*
>DREE K. COLLOPY, D.C. Bar No. 985545
>Benach Collopy LLP
>4530 Wisconsin Avenue NW, Suite 400
>Washington, D.C. 20016
>Phone:  202-644-8600
>Fax:  202-644-8615
>Email:  dcollopy@benachcollopy.com
>
>GIBBS HOUSTON PAW
>
>*/s/ Robert Pauw*
>ROBERT PAUW WSBA#13613
>1000 Second Avenue, Suite 1600
>Seattle, WA 98104-1003
>Telephone No. (206) 682-1080
>Fax No. (206) 689-2270
>E-mail:  rpauw@ghp-law.net
>*Counsel for Plaintiff*

JOINT STIPULATION
CASE NO. 2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance through August 31, 2021, and the parties shall file a Joint Status Report with the Court on or before August 31, 2021.

Dated this 15th day of April, 2021.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER
CASE NO. 2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970