District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZAN ABDELLA AHMED,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA MUNITA, Director USCIS Seattle Field Office; LAURA ZUCHOWSKI, Director USCIS Vermont Service Center; TRACY RENAUD, Acting Director U.S. Citizenship and Immigration Services; DAVID PEKOSKE[1], Acting Secretary U.S. Department of Homeland Security; CHRISTOPHER WRAY, Director Federal Bureau of Investigation;<br><br>　　　　　　　Defendants. | CASE NO. 2:21-cv-0442-BJR<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE |

　　Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-360 and I-485 applications. Dkt. No. 1. Defendants have yet to answer the Complaint. On April 15, 2021, this Court granted the parties' request to hold the case in abeyance to allow Plaintiff to respond to USCIS's Request for Evidence ("RFE") and for USCIS to review Plaintiff's

---

[1] Alejandro Mayorkas became the Secretary of the Department of Homeland Security on February 2, 2021, and should be automatically substituted for Defendant David Pekoske under Federal Rule of Civil Procedure 25(d).

| JOINT STIPULATION<br>CASE NO. 2:21-cv-0442-BJR | UNITED STATES ATTORNEY<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WASHINGTON 98101<br>(206) 553-7970 |
|---|---|

responses. Dkt. No. 21. The parties now submit a second request to hold the case in abeyance. There is good cause to grant this request.

USCIS intends to issue a second RFE to Plaintiff shortly. Plaintiff will have 87 days to respond to the RFE. To give Plaintiff sufficient response time, and USCIS sufficient time to review Plaintiff's response, the parties, through their counsel, jointly request that the Court continue to hold this matter in abeyance through December 29, 2021. The parties agree that this is an acceptable timeframe and recognize the possibility that this process may moot Plaintiff's claims.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court hold this case in abeyance, and order the parties to file a joint status report on or before December 29, 2021.

DATED this 24th day of August, 2021.

Respectfully submitted,
TESSA M. GORMAN
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Fax: 253-428-3826
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

*s/ Dree K. Collopy*
DREE K. COLLOPY, D.C. Bar No. 985545
Benach Collopy LLP
4530 Wisconsin Avenue NW, Suite 400
Washington, D.C. 20016
Phone: 202-644-8600
Fax: 202-644-8615
Email: dcollopy@benachcollopy.com

JOINT STIPULATION
CASE NO. 2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*/s/ Robert Pauw*
ROBERT PAUW WSBA#13613
Gibbs Houston Paw
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
Telephone No. (206) 682-1080
Fax No. (206) 689-2270
E-mail: rpauw@ghp-law.net
*Counsel for Plaintiff*

\

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance through December 29, 2021, and the parties shall file a Joint Status Report with the Court on or before December 29, 2021.

Dated this 27th day of August, 2021.

HON. BARBARA J. ROTHSTEIN
United States District Judge

JOINT STIPULATION
CASE NO. 2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970