IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZAN ABDELLA AHMED, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CYNTHIA MUNITA, et. al, )<br>)<br>*Defendants.* )<br>) | Civil Case No.: 2:21-cv-0442-BJR<br><br>**JOINT STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER**<br><br>District Judge Barbara J. Rothstein |

**ORDER**

The Parties having so stipulated and agreed, the Court hereby ORDERS that this action shall be held in abeyance through March 1, 2022, and the parties shall file a Joint Status Report with the Court on or before March 1, 2022.

Dated this 9th day of December, 2021.

_____
BARBARA J. ROTHSTEIN
United States District Judge