District Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUZAN ABDELLA AHMED,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA MUNITA, *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-0442-BJR<br><br>JOINT STIPULATION AND ORDER HOLDING CASE IN ABEYANCE<br><br>Noted for consideration on:<br>March 1, 2022 |

  Pursuant to this Court's Order, the Parties submit this joint status report. Dkt. No. 25. Plaintiff brings this litigation pursuant to the Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-360 and I-485 applications. Dkt. No. 1. On December 9, 2021, this Court granted the Parties' request to continue to hold the case in abeyance to allow Plaintiff to respond to USCIS's third Request for Evidence ("RFE") and for USCIS to review Plaintiff's responses. Dkt. No. 24. The Parties request this Court to continue to hold the case in abeyance. There is good cause to grant this request.

  Since the last status update, Plaintiff responded to USCIS's third RFE concerning Plaintiff's I-360 application. USCIS intends to adjudicate the I-360 application within the next week. Once that is adjudicated, and if approved, Plaintiff's case will be transferred from

| | |
|---|---|
| JOINT STIPULATION AND ORDER CASE NO.<br>2:21-cv-0442-BJR | UNITED STATES ATTORNEY<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WASHINGTON 98101<br>(206) 553-7970 |

USCIS's Vermont Service Center to the Seattle field office for adjudication of the I-485 application.  To give USCIS sufficient time to complete adjudication of the I-360 application, and transfer Plaintiff's case for adjudication of the I-485 application, the Parties, through their counsel, jointly request that the Court continue to hold this matter in abeyance through May 31, 2022.  The Parties agree that this is an acceptable timeframe and recognize the possibility that this process may moot Plaintiff's claims.

Accordingly, the Parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST, that the Court continue to hold this case in abeyance and order the Parties to file a joint status report on or before May 31, 2022.

DATED this 1st day of March, 2022.

Respectfully submitted,
NICHOLAS W. BROWN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone:  253-428-3824
Fax:  253-428-3826
Email:  michelle.lambert@usdoj.gov
*Counsel for Defendants*

*s/ Dree K. Collopy*
DREE K. COLLOPY, D.C. Bar No. 985545
Benach Collopy LLP
4530 Wisconsin Avenue NW, Suite 400
Washington, D.C. 20016
Phone:  202-644-8600
Fax:  202-644-8615
Email:  dcollopy@benachcollopy.com
*Counsel for Plaintiff*

JOINT STIPULATION AND ORDER CASE NO.
2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The Parties having so stipulated and agreed, the Court hereby ORDERS that this action |
| 3 | shall be held in abeyance through May 31, 2022, and the parties shall file a Joint Status Report |
| 4 | with the Court on or before May 31, 2022. |
| 5 | |
| 6 | Dated this 10th day of March, 2022. |

*[Signature]*

BARBARA J. ROTHSTEIN
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:21-cv-0442-BJR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970